```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                   CASE NO. 07 B 17062
   CARRIE LYNN LOZANO
                                         CHAPTER 13

                                         JUDGE: JACK B SCHMETTERER

        Debtor
   SSN XXX-XX-8338

------------------------------------------------------------------------------
                TRUSTEE'S FINAL REPORT AND ACCOUNT
------------------------------------------------------------------------------
     The case was filed on 09/19/2007 and was not confirmed.

     The case was dismissed without confirmation 02/27/2008.
------------------------------------------------------------------------------
CREDITOR NAME              CLASS            CLAIM AMOUNT    INTEREST     PRINCIPAL
                                                            PAID         PAID
------------------------------------------------------------------------------
AMERICAN GENERAL FINANCE  CURRENT MORTG           .00          .00          .00
AMERICAN GENERAL FINANCE  MORTGAGE ARRE      11136.87          .00          .00
AMERICAN GENERAL FINANCE  NOTICE ONLY      NOT FILED           .00          .00
COUNTRYWIDE HOME LOANS    CURRENT MORTG           .00          .00          .00
COUNTRYWIDE HOME LOANS    MORTGAGE ARRE      34714.94          .00          .00
COUNTRYWIDE HOME LOANS    NOTICE ONLY      NOT FILED           .00          .00
AMERICAN COLLECTION       UNSEC W/INTER    NOT FILED           .00          .00
AMERICAN COLLECTIONS      NOTICE ONLY      NOT FILED           .00          .00
AMERICAN COLLECTIONS      NOTICE ONLY      NOT FILED           .00          .00
BALABAN FURNITURE         NOTICE ONLY      NOT FILED           .00          .00
HELLER & FRISONE          NOTICE ONLY      NOT FILED           .00          .00
HELLER & FRISONE          NOTICE ONLY      NOT FILED           .00          .00
HELLER & FRISONE          NOTICE ONLY      NOT FILED           .00          .00
HELLER & FRISONE          NOTICE ONLY      NOT FILED           .00          .00
HSBC/TAX                  UNSEC W/INTER       1921.20          .00          .00
HSBC/TAX                  NOTICE ONLY      NOT FILED           .00          .00
HSBC/TAXMASTERS           NOTICE ONLY      NOT FILED           .00          .00
MACY'S                    NOTICE ONLY      NOT FILED           .00          .00
MERCHANTS CREDIT GUIDE C  UNSEC W/INTER    NOT FILED           .00          .00
MERCHANTS CREDIT GUIDE    NOTICE ONLY      NOT FILED           .00          .00
NICOR GAS                 UNSEC W/INTER    NOT FILED           .00          .00
RICHARD J KAPLOW          UNSEC W/INTER    NOT FILED           .00          .00
RICHARD J KAPLOW          NOTICE ONLY      NOT FILED           .00          .00
TARGET                    NOTICE ONLY      NOT FILED           .00          .00
WASHINGTON MUTUAL/PROVID  NOTICE ONLY      NOT FILED           .00          .00
WFFNNB                    NOTICE ONLY      NOT FILED           .00          .00
ANTONIO LOZANO            NOTICE ONLY      NOT FILED           .00          .00
JUAN LOZANO               NOTICE ONLY      NOT FILED           .00          .00
FEDERATED RTL/MARSHALL F  UNSEC W/INTER       2745.60          .00          .00
LEDFORD & WU              DEBTOR ATTY         999.00                      999.00
TOM VAUGHN                TRUSTEE                                          86.87
DEBTOR REFUND             REFUND                                        1,064.13

     Summary of Receipts and Disbursements:
------------------------------------------------------------------------------

                  PAGE  1 - CONTINUED ON NEXT PAGE
        CASE NO. 07 B 17062 CARRIE LYNN LOZANO
```

```
                              RECEIPTS            DISBURSEMENTS
-------------------------------------------------------------------------------
TRUSTEE                       2,150.00

PRIORITY                                                    .00
SECURED                                                     .00
UNSECURED                                                   .00
ADMINISTRATIVE                                           999.00
TRUSTEE COMPENSATION                                      86.87
DEBTOR REFUND                                          1,064.13
                           ---------------        ---------------
TOTALS                        2,150.00                 2,150.00
```

    Based on the above information, the Trustee requests the court
enter an order discharging the Trustee, releasing the Trustee's surety
from any further liability related to the above proceedings.


                                   /s/ Tom Vaughn
    Dated: 05/23/08                _____
                                   TOM VAUGHN
                                   CHAPTER 13 TRUSTEE